| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | ANNE KRISTINA PERRY |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 107440 |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California  92101-8893 |
|   | Telephone:  (619) 557-5767 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

FILED
AUG 0 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1715 LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING |
| | ) | |
| JOSHUA EDWARD EVELOFF, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that sentencing in the above-entitled matter may be continued until September 17, 2007, at 9:30 a.m. NO FURTHER CONTINUANCES ABSENT A SHOWING OF EXTRAORDINARY GOOD CAUSE

DATED: 8/8/07

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
KAREN HEWITT
UNITED STATES ATTORNEY

_____
Anne Kristina Perry
Assistant U.S. Attorney